UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JUAN HUERTA GUILLEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DERRICK OLLISON, Warden,<br><br>　　　　Respondent. | Case No. CV 05-08228-MMM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

///
///
///
///

1   IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this
2   Order and the Judgment of this date on Petitioner and counsel for Respondent.
3
4   DATED:   January 28, 2010
5
6   _____
    MARGARET M. MORROW
7   United States District Judge