UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JUAN HUERTA GUILLEN,<br>   Petitioner,<br> v.<br>DERRICK OLLISON, Warden,<br>   Respondent. | Case No. CV 05-08228-MMM<br><br>JUDGMENT |

  Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

  IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: <u>January 28, 2010</u>

             _____
             MARGARET M. MORROW
             United States District Judge